## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

Civil Action No.:＿＿＿＿＿＿＿1:25-cv-00630-KG-SCY＿＿＿＿＿＿＿

**DYLAN BROOKS**, individually and on behalf of all others similarly situated,

      Plaintiff,

v.

**CITIOFBOOKS, INC.**, a New Mexico corporation,

      Defendant.

### ORDER GRANTING MOTION FOR DEFAULT JUDGMENT

This action was commenced on July 3, 2025 by the filing of Plaintiff Dylan Brooks's ("Plaintiff" or "Brooks") Class Action Complaint, which alleged violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.* ("TCPA") (ECF No. 1.) A copy of the Summons and Class Action Complaint was personally served on the Defendant, Citiofbooks, Inc. ("Citi of Books") on July 15, 2025, by personal service on Defendant's registered agent, and Plaintiff filed a proof of service on July 29, 2025. (ECF No. 3.)

Counsel for Citi of Books has not appeared. On August 19, 2025, Plaintiff requested that the Court enter default against Citi of Books, and the Clerk entered default on August 20, 2025. (See Request, ECF No. 4; Default, ECF No. 5.) On August 29, 2025, Plaintiff filed a Motion for Default Judgment against Citi of Books. (ECF No. 6.) The Motion also contained a request that the Court certify the two (2) Classes alleged in the Complaint. *See id.*

The Court, having reviewed the Motion and finding good cause therein, hereby GRANTS Plaintiff's Motion and certifies the classes defined as follows:

1

**Do Not Call Registry Class**: All persons in the United States (1) to whom Citi of Books placed, or directed to be place, more than one telephone calls within a 12 month period for purposes of solicitating the sale of Citi of Book's products or services, (2) where the person's telephone number had been registered with the National Do Not Call Registry for at least thirty (30) days before Citi of Books placed or directed to be placed at least two of the calls within the 12-month period, (3) from four-years prior to the filing of the initial complaint in this action through the date notice is disseminated to a certified class, and (4) for whom Citi of Books claims it obtained prior express invitation or permission in the same manner as Citi of Books claims it obtained prior express invitation or permission from Plaintiff, or for whom it did not obtain prior express invitation or permission.

**Autodialed Class:** All persons in the United States who (1) from the date four years prior to the filing of this Complaint through the date notice is sent to the class members; (2) Defendant (or a third person acting on behalf of Defendant) placed at least one telephone call; (3) to the person's cellular telephone number; (4) for the purpose of promoting Defendant's products or services; (5) using the same dialing equipment that was used to place the calls to Plaintiff; and (6) for whom Defendant claims it obtained prior express consent in the same manner as Defendant claims it supposedly obtained prior express consent to place calls to the Plaintiff, or for whom it did not obtain prior express written consent.

Plaintiff is appointed as the Class Representative and Plaintiff's Counsel, Patrick H. Peluso, is appointed as Class Counsel.

As to Plaintiff's request for Default Judgment, though the Court finds good cause therein, the Court finds it prudent to hold this Motion in abeyance and permit Plaintiff a one hundred fifty (150) day period of discovery necessary to: (1) ascertain the members of the certified classes so that class notice can be disseminated, and (2) calculate the appropriate sum of damages to be awarded to the classes via default judgment. See F.R.C.P. 55(d)(2); *see also Svetlick v. Lucius*, Case No. 08–61525–CIV, 2009 WL 1203925 (S.D. Fla. May 1, 2009).

At the conclusion of this 150-day period of discovery, Plaintiff shall file a renewed Motion for Default Judgment setting forth a proposed plan for class notice as well as the amount of statutory damages to be awarded under the TCPA, in light of the specific number of class members and unlawful calls revealed through discovery.

**IT IS SO ORDERED.**

/s/Kenneth J. Gonzales_____
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.